# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NADINE DARSAM AND LAWRENCE DARSAM

VERSUS

REBECCA MAYEAUX AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

NO.  2021 CW 1157

**JANUARY 26, 2022**

---

In Re:    Liberty Personal Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658469.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.**   The trial court's September 14, 2021 judgment denying the motion for partial summary judgment filed by defendant Liberty Personal Insurance Company (hereinafter "Liberty") is reversed.   The automobile insurance policy issued by Liberty to plaintiffs, Nadine and Lawrence Darsam, includes an uninsured/underinsured ("UMBI") coverage selection form wherein the Darsams selected economic-only UMBI coverage.   We find Liberty met its burden of demonstrating the UMBI coverage selection form complies with the mandates of **Duncan v. U.S.A.A. Ins. Co.,** 2006-363 (La. 11/29/06), 950 So.2d 544.   Specifically, the UMBI coverage selection form contains Lawrence Darsam's electronic signature and printed name, as required by **Duncan.** See **Addison v. Affirmative Ins. Co.,** 2017-0378 (La. App. 4th Cir. 11/15/17), 231 So.3d 753, 755-56, writ denied, 2017-2061 (La. 2/2/18), 235 So.3d 1109.   Thus, we find the UMBI coverage selection form creates a rebuttable presumption under La. R.S. 22:1295(1)(a)(ii) that the Darsams selected economic-only UMBI coverage; the Darsams failed to sufficiently rebut this presumption.   Accordingly, Liberty's motion for partial summary judgment is granted; the UMBI coverage selection form is valid, and the Darsams are limited to economic-only UMBI coverage under the policy issued by Liberty.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT